UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Richards,                                    Civil 06-3227 MJD/FLN

     Petitioner,

v.                                                                    O R D E R

Marty C. Anderson, Warden,

     Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 4, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus [#1] is DENIED, and this action is DISMISSED WITH PREJUDICE.


DATED: July 9, 2007.                       s/Michael J. Davis
at Minneapolis , Minnesota          JUDGE MICHAEL J. DAVIS
                                            United States District Court